# Exhibit A

# Melanie King

| | |
|---|---|
| **From:** | Casey Scott McKay <casey@mclaw.io> |
| **Sent:** | Monday, June 24, 2024 4:19 PM |
| **To:** | Melanie King |
| **Cc:** | Richard L. Brophy |
| **Subject:** | RE: Vermeer Manufacturing Co. v. AeroCine Ventures Inc. [IWOV-IDOCS.FID5396684] |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hey Melanie,

I finally got in touch with my Client today and they approved me to represent them on this matter, so all future communication can go through my firm.

I am working on finding a second sponsor for my admission application to the Middle District of Tennessee, which I hope to file today, so I'll be filing my notice of appearance within the next few days as soon as I can get admitted and approved for ECF filing.

Once admitted, I plan on filing a motion for a modest extension of time to respond to the Complaint. On that note, would Vermeer Mfc. be willing to stipulate to allow AeroCine an additional twenty-one days to respond to the Complaint?

**Casey Scott McKay**
Partner
202.743.1972
casey@mclaw.io

1441 U Street NW | Suite 712
Washington DC, DC 20009



MC Law, PLLC
Notice: This email (including any
attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§2510-2521, is confidential, and may be legally privileged.
If you are not the intended recipient, you are hereby notified that any
retention, dissemination, distribution, or copying of this
communication is strictly prohibited. Please reply to the sender that
you have received the message in error, then delete it.
Thank you.

On Thursday, June 13th, 2024 at 4:51 PM, Melanie King <meking@atllp.com> wrote:

> Hello Casey,

Our local counsel has confirmed that the complaint has been served on AeroCine's registered agent in Delaware. They will be filing the return of service shortly.

Thanks,

Melanie



Armstrong Teasdale LLP
**Melanie E. King** | Attorney
DIRECT: 314.259.4728 | MAIN OFFICE: 314.621.5070 | Extension: 7428

---

**From:** Casey Scott McKay <casey@mclaw.io>
**Sent:** Thursday, June 13, 2024 3:10 PM
**To:** Melanie King <meking@atllp.com>
**Cc:** Richard L. Brophy <RBrophy@atllp.com>
**Subject:** RE: Vermeer Manufacturing Co. v. AeroCine Ventures Inc. [IWOV-IDOCS.FID5396684]

Hey,

No they still have not contacted me. I cannot provide much information, but I have good reason to believe they are traveling and not getting regular communications right now and may not become aware of this for a week or so. I have several lines of communication out to them and am expecting an answer soon. I'll update you as soon as I hear something/figure out a solution.

That said, I understand you have a job to do and understand that you have to proceed as you see best.

**Casey Scott McKay**
Partner
202.743.1972

casey@mclaw.io

1441 U Street NW | Suite 712

Washington DC, DC 20009



MC Law, PLLC
Notice: This email (including any
attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§2510-2521, is confidential, and may be legally privileged.
If you are not the intended recipient, you are hereby notified that any
retention, dissemination, distribution, or copying of this
communication is strictly prohibited. Please reply to the sender that
you have received the message in error, then delete it.
Thank you.

On Thursday, June 13th, 2024 at 10:43 AM, Melanie King <meking@atllp.com> wrote:

>Hello Casey,
>
>Have you received authorization to accept service? If not, we will need to proceed with service on AeroCine's registered agent.
>
>Thanks,
>
>Melanie



Armstrong Teasdale LLP
Melanie E. King | Attorney
DIRECT: 314.259.4728 | MAIN OFFICE: 314.621.5070 | Extension: 7428

**From:** Melanie King
**Sent:** Tuesday, June 11, 2024 1:44 PM
**To:** Casey Scott McKay <casey@mclaw.io>

**Cc:** Richard L. Brophy <RBrophy@atllp.com>
**Subject:** RE: Vermeer Manufacturing Co. v. AeroCine Ventures Inc. [IWOV-IDOCS.FID5396684]

Thanks, Casey. I will follow up in a few days if I haven't heard from you.



Armstrong Teasdale LLP
Melanie E. King | Attorney
DIRECT: 314.259.4728 | MAIN OFFICE: 314.621.5070 | Extension: 7428

**From:** Casey Scott McKay <casey@mclaw.io>
**Sent:** Tuesday, June 11, 2024 10:02 AM
**To:** Melanie King <meking@atllp.com>
**Cc:** Richard L. Brophy <RBrophy@atllp.com>
**Subject:** RE: Vermeer Manufacturing Co. v. AeroCine Ventures Inc. [IWOV-IDOCS.FID5396684]

**CAUTION:** **EXTERNAL EMAIL**

Hey Melanie,

I am not authorized to accept service yet. I reached out to my Client last week requesting authorization, but I am still waiting on my Client to get back to me. I believe my Client may be traveling, so I'm working on confirming everything with them. I will update you as soon as I have more information/as soon as I get authorization to accept service.

**Casey Scott McKay**

Partner
202.743.1972

casey@mclaw.io

1441 U Street NW

| Suite 712

Washington DC, DC 20009



MC Law, PLLC
Notice: This email (including any
attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§2510-2521, is confidential, and may be legally privileged.
If you are not the intended recipient, you are hereby notified that any
retention, dissemination, distribution, or copying of this
communication is strictly prohibited. Please reply to the sender that
you have received the message in error, then delete it.
Thank you.

On Tuesday, June 11th, 2024 at 10:40 AM, Melanie King <meking@atllp.com> wrote:

> Mr. McKay,

> Are you authorized to accept service of the complaint and summons on behalf of AeroCine Ventures Inc.?

> Sincerely,

> Melanie



Armstrong Teasdale LLP
Melanie E. King | Attorney
DIRECT: 314.259.4728 | MAIN OFFICE: 314.621.5070 | Extension: 7428

**From:** Melanie King
**Sent:** Friday, June 7, 2024 4:20 PM
**To:** casey@mclaw.io
**Cc:** Richard L. Brophy <RBrophy@atllp.com>
**Subject:** Vermeer Manufacturing Co. v. AeroCine Ventures Inc. [IWOV-IDOCS.FID5396684]

Mr. McKay,

This firm represents Vermeer Manufacturing Company with respect to its intellectual property rights. You are identified as the attorney correspondent for AeroCine Ventures Inc.'s registration for the mark VERMEER. Vermeer has filed the attached complaint against AeroCine in the U.S. District Court for the Middle District of Tennessee.

Are you authorized to accept service of the complaint and summons on behalf of AeroCine Ventures Inc.?

Sincerely,

Melanie



Armstrong Teasdale LLP
**Melanie E. King** | Attorney
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
MAIN PHONE: 314.621.5070 | MAIN FAX: 314.621.5065
DIRECT: 314.259.4728 | Extension: 7428
meking@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.
Please consider the environment before printing this email.

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive p
intended recipient, Armstrong Teasdale LLP or its subsidiaries. If you are not the intended recipient,
copying, distribution or use of any of the information contained in or attached to this transmis
prohibited. If you have received this transmission in error, please contact us immediately by email (adm
or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachme
conclusions and other information in this message that do not relate to the official business of Armst
LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasda
subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Arms
LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws
Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Lim
limited company registered in England and Wales (Registration No. 08879988), that is authorized an
the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Li
Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive property
intended recipient, Armstrong Teasdale LLP or its subsidiaries. If you are not the intended recipient, any disc
copying, distribution or use of any of the information contained in or attached to this transmission is
prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atll**
or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Op
conclusions and other information in this message that do not relate to the official business of Armstrong Te
LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP
subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Te
LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the S
Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a
limited company registered in England and Wales (Registration No. 08879988), that is authorized and regula
the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is
Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the
intended recipient, Armstrong Teasdale LLP or its subsidiaries. If you are not the intended recipient, any disclosure,
copying, distribution or use of any of the information contained in or attached to this transmission is strictly
prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**)
or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions,
conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale
LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its
subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale
LLP and its subsidiaries process personal information.

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our <u>International Legal Notices</u>.**